IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LAURIE HEDSTROM, Co-Guardian and
Co-Conservator on behalf of Cody
Hedstrom, an Alleged Incapacitated Person;
and MICHAEL HEDSTROM, Co-Guardian
and Co-Conservator on behalf of Cody
Hedstrom, an Alleged Incapacitated Person;

Plaintiffs,

vs.

JACOB DANCER, and DAN H. DANCER,

Defendants.

7:25CV5002


ORDER OF DISMISSAL

This matter comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 36).  The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with each party to pay its own costs.

Dated this 4th day of June, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge